## STOCKWELL LAND TRUST, et al., Appellant,

v.

### John FAY, Respondent.

#### No. WD 52378.

Missouri Court of Appeals, Western District.

Oct. 8, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied Jan. 21, 1997.

Robert W. Wheeler, Keytesville, for appellant.

Terry M. Evans, Trenton, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Appellant Stockwell Land Trust appeals from the dismissal of its petition against respondents John Fay and State Farm Fire and Casualty Company. Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the

parties have been provided with a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).